The Honorable Robert S. Lasnik

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

RICHARD WIESER,

        Plaintiff,

    v.

HERTZ LOCAL EDITION
TRANSPORTING, INC.,

        Defendant.

Case No. 2:26-cv-00263-RSL

**NOTICE OF APPEARANCE**

    TO:  The Clerk of the Court;

    AND TO:  Richard Wieser, Plaintiff;

    AND TO:  Plaintiff's counsel of record.

PLEASE TAKE NOTICE that Kathryn Rosen of Seyfarth Shaw LLP hereby enters her appearance of record, alongside of Lauren Parris Watts and Daniel Culicover, for Defendant Hertz Local Edition Transporting, Inc. and requests that all papers or pleadings in this matter, except process, be served upon her at the address stated below.

//

DEFENDANT HERTZ LOCAL EDITION TRANSPORTING, INC.'S
NOTICE OF APPEARANCE – KATHRYN ROSEN
CASE NO. 2:26-CV-00263-RSL - 1

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington  98104-4041
(206) 946-4910

Dated June 18, 2026.

SEYFARTH SHAW LLP

_s/ Kathryn Rosen_
Kathryn Rosen, WSBA No. 29465
SEYFARTH SHAW LLP
999 Third Avenue, Suite 4700
Seattle, WA 98104
Phone: 206-946-4910
Email: krosen@seyfarth.com

DEFENDANT HERTZ LOCAL EDITION TRANSPORTING, INC.'S
NOTICE OF APPEARANCE – KATHRYN ROSEN
CASE NO. 2:26-CV-00263-RSL - 2

326654338v.1

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington  98104-4041
(206) 946-4910