The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### SEATTLE DIVISION

RICHARD WIESER,

      Plaintiff,

  v.

HERTZ LOCAL EDITION
TRANSPORTING, INC.,

      Defendant.

Case No. 2:26-cv-00263-RSL

**NOTICE OF WITHDRAWAL**

TO: CLERK OF THE COURT

AND: Plaintiff, by and through his counsel at Freiman Legal, P.C.

Pursuant to LCR 83.2 of the Local Rule of Court for the United States District Court, Western Washington, PLEASE TAKE NOTICE that Lauren Parris Watts hereby withdraws as counsel of record for Hertz Local Edition Transporting, Inc. ("Defendant"). Defendant continues to be represented by Kathryn Rosen and Kaitlyn "Katie" Gould of Seyfarth Shaw LLP.

//

DEFENDANT HERTZ LOCAL EDITION TRANSPORTING, INC.'S
NOTICE OF WITHDRAWAL – LAUREN PARRIS WATTS
CASE NO. 2:26-CV-00263-RSL - 1

Dated June 18, 2026.

WITHDRAWING ATTORNEY

*s/ Lauren Parris Watts*
Lauren Parris Watts, WSBA No. 44064
SEYFARTH SHAW LLP
999 Third Avenue, Suite 4700
Seattle, WA 98104
Phone: 206-946-4910
Email: lpwatts@seyfarth.com

REMAINING ATTORNEYS

*s/ Kathryn Rosen*
Kathryn Rosen, WSBA No. 29465
SEYFARTH SHAW LLP
999 Third Avenue, Suite 4700
Seattle, WA 98104
Phone: 206-946-4910
Email: krosen@seyfarth.com

*s/ Katie Gould*
Katie Gould, WSBA No. 58622
SEYFARTH SHAW LLP
999 Third Avenue, Suite 4700
Seattle, WA 98104
Phone: 206-946-4910
Email: kgould@seyfarth.com

*Attorneys for Defendant*

DEFENDANT HERTZ LOCAL EDITION TRANSPORTING, INC.'S
NOTICE OF WITHDRAWAL – LAUREN PARRIS WATTS
CASE NO. 2:26-CV-00263-RSL - 2

326661844v.1

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington  98104-4041
(206) 946-4910